# In the United States Court of Federal Claims

| | | |
|---|---|---|
| KELSEYVILLE INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP | | |
| *Plaintiff,* | | No. 04-1292C |
| v. | | Filed: December 14, 2004 |
| THE UNITED STATES, | | |
| *Defendant.* | | Senior Judge Smith |

## ORDER

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time to respond to plaintiff's complaint. Defendant's answer is due on or before January 3, 2005.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge