# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| KELSEYVILLE INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP | * | |
| *Plaintiff,* | * | No. 04-1292C |
| v. | * | |
| | * | Filed: March 1, 2005 |
| THE UNITED STATES, | * | |
| *Defendant.* | * | Senior Judge Smith |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS the Joint Motion for Stay of Proceedings while certain related cases remain in this Court's Alternative Dispute Resolution ("ADR") pilot program. The related cases are: *Grass Valley Investment Group I v. United States*, No. 04-1284C; *Diamond Springs Investment Group II v. United States,* No. 04-1302C; *Weaverville Investment Group I v. United States,* No. 04-1320C; *Hollister Investment Group II v. United States,* No. 04-1297C; *Ramona Investment Group II v. United States,* No. 04-1259C; *Pixley Investment Group v. United States,* No. 04-1315C; *Brawley I Investment Group v. United States,* No. 04-1287; and *Brawley II Investment Group v. United States,* No. 04-1305C.

The Stay will remain in effect until 14 days after the conclusion of ADR.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge